IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01620-KAS

CLAUDIO ALONSO LAZALDE ZUNIGA,

      Petitioner,

v.

JUAN BALTAZAR, in his official capacity as Warden of the Denver Contract Detention Facility,
GEORGE VALDEZ, in his official capacity as Acting Director of ICE's Denver Field Office,
TODD M. LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement,
MARKWAYNE MULLIN, in his official capacity as Secretary of the U.S. Department of Homeland Security,
DEPARTMENT OF HOMELAND SECURITY,
TODD BLANCHE, in his official capacity as Attorney General of the United States,
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, and
DAREN K. MARGOLIN, in his official capacity as the Director of the Executive Office for Immigration Review.

      Respondents.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

On April 30, 2026, the Court granted Petitioner's Petition for Writ of Habeas Corpus [#1] and ordered Respondents to provide Petitioner with a bond hearing by no later than May 7, 2026. *See Order* [#10]. On May 12, 2026, Respondents filed a status report informing the Court that on May 7, 2026, Petitioner was provided with a bond hearing before an immigration judge. *See Status Report* [#11].

The Court finds that Petitioner has now received the relief the Court granted to him and that no further proceedings in this matter are required. Accordingly, the Clerk of Court is directed to terminate this case.

Dated: May 13, 2026